IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **No. 06-03093-01-CR-S-RED** |
| | ) | |
| Plaintiff, | ) | COUNT ONE: |
| | ) | 18 U.S.C. § 922 (g)(1) |
| | ) | NMT 10 years and/or $250,000 fine |
| v. | ) | Class C Felony |
| | ) | Supervised Release – NMT 3 years |
| | ) | |
| MARVIN PERRYMAN, | ) | COUNT TWO: |
| [DOB: XX/XX/1964] | ) | 21 U.S.C. § 841(a) |
| Defendant. | ) | NMT 5 years and/or $250,000 fine |
| | ) | Class C Felony |
| | ) | Supervised Release – NLT 2 years |
| | ) | |
| | ) | $100 Mandatory Penalty Assessment |
| | ) | as to each count |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

A. At all times material:

1 On or about November 15, 1985, the defendant was convicted of the offense of burglary in the second degree in the Circuit Court for Greene County, Missouri, a felony punishable by a term of imprisonment of more than one year; and,

2. On or about November 21, 1997, the defendant was convicted of the offense of receiving stolen property in the Circuit Court for Greene County, Missouri, a felony punishable by a term of imprisonment of more than one year;

B.  On or about March 3, 2005, in Greene County, in the Western District of Missouri, Marvin Perryman, the defendant, having been convicted of the above crimes which are punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, firearms, to wit, a Mossberg, Model 590, 12 gauge shotgun, a Savage, Model Mark II, .22 caliber rifle and a Ruger, Model 10/22, .22 caliber rifle, and ammunition, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT TWO

On or about March 3, 2005, in Greene County, in the Western District of Missouri, Marvin Perryman, defendant, did knowingly and intentionally possess marijuana, a schedule I controlled substance, with the intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1).

**A TRUE BILL**

    /s/
Foreperson of the Grand Jury

*/s/ James J. Kelleher*
James J. Kelleher
Missouri Bar No. 51921
Special Assistant United States Attorney

2